ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | | Case No. |
| CARLEY JEAN BENNINGFIELD | (01) | 4-17CR158-A |
| MARC ELLIOT BOOKER a/k/a "Tattoo" | (02) | |
| DAVID BRADLEY HUGHES a/k/a "Little Baby Huey" | (03) | |
| TAYLOR ASHLEY EMMONS a/k/a "Taylor Made" | (04) | |
| ANGEL RENEE NORRIS | (05) | |
| MICHAEL RUDDELL | (06) | |



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 20 2017
CLERK, U.S. DISTRICT COURT
By_____ Deputy

INFORMATION

The United States Attorney Charges:

Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before January 2014, and continuing until in or around July 2017, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Carley Jean Benningfield, Marc Elliot Booker**, also known as Tattoo, and **David Bradley Hughes**, also known as Little Baby Huey, **Taylor Ashley Emmons**, also known as Taylor Made, **Angel Renee Norris** and **Michael Ruddell**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(B),

Information - Page 1

namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455

Information - Page 2