IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | NO. 4:17-CR-158-A |
| CARLEY JEAN BENNINGFIELD, ET AL. | § | |

O R D E R

The court ORDERS that the arraignment of the Information and proposed guilty plea hearing of defendants **CARLEY JEAN BENNINGFIELD, MARC ELLIOT BOOKER, DAVID BRADLEY HUGHES, TAYLOR ASHLEY EMMONS, ANGEL RENEE NORRIS, and MICHAEL RUDDELL** are set for **2:00 p.m.** on **September 26, 2017 (Tuesday)**, before the undersigned in the 4th Floor Courtroom of the United States Courthouse, Fort Worth, Texas.

The court further ORDERS that Carley Jean Benningfield and her attorney, and Marc Elliot Booker and his attorney, David Bradley Hughes and his attorney, Taylor Ashley Emmons and her attorney, Angel Renee Norris and his attorney, Michael Ruddell and his attorney, and the attorney of United States of America responsible for handling this case be present at such time, date, and place.

SIGNED September 22, 2017.

JOHN McBRYDE
United States District Judge