HONORABLE John McBryde, PRESIDING
DEPUTY CLERK: Michelle Moon
LAW CLERK _____
INTERPRETER:
P.M. 2:00
TOTAL COURT TIME: 28 min.

COURT REPORTER: Ana Warren
USPO _____

DATE HELD: September 26, 2017
CSO: Ray Urban

CR. No. 4:17-CR-158-A  DEFT NO. 05

| UNITED STATES OF AMERICA | § | SHAWN SMITH, AUSA |
| --- | --- | --- |
| v. | § | |
| ANGEL RENEE NORRIS | § | MARK L. WATSON, APPOINTED |
| Defendant's Name | | Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F) |

## ARRAIGNMENT/GUILTY PLEA - NOT HELD

Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered

☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial  Guilty Plea  Days in Trial: _____  Hearing Concluded: Yes ☐ No

...... Defendant SWORN.
...... Arraignment/Guilty Plea - Held on count
☐ ...... New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
...... Defense waived reading of the Information.
...... Deft enters a plea of  ☐ Not Guilty  Guilty  ☐ Nolo
☐ ...... Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
☐ ...... Waiver of Jury Trial
     Waiver of Indictment, filed.
☐ ...... Plea Agreement accepted.              ☐ Court defers acceptance of Plea Agreement.
☐ ...... Plea Agreement filed                  ...... No Plea Agreement.
☐ ...... Plea Agreement included with Factual Resume.
...... Factual Resume filed.
...... Defendant is adjudged guilty as to Count
...... Sentencing set
☐ ...... Trial set for _____ at _____ a.m./p.m.
     Pretrial motions due:_____. Discovery motions/Government Responses due:_____.
...... Order for PSI, Disclosure Date and Setting Sentencing entered.
☐ ...... PSI waiver filed. PSI due: _____ Presentence Referral Form to:
☐ ...... Defts bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ ...... Deft failed to appear, bench warrant to issue.
☐ ...... Bond ☐ continued ☐ forfeited
✔ ...... Deft Custody/Detention continued.
☐ ...... Deft ORDERED into custody.

**✔OTHER PROCEEDINGS: Arraignment/Guilty Plea not held. To be rescheduled. Counsel for defendant, Mark L. Watson ordered to show cause in writing by 2:00 p.m. on September 29, 2017 why he should not be sanctioned for failure to appear at scheduled Arraignment/Guilty Plea hearing. Defendant oral request for appointment of new counsel heard and granted.**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 26 2017
CLERK, U.S. DISTRICT COURT
By _____
     Deputy