U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

SEP 27 2017

CLERK, U.S. DISTRICT COURT
By_____
    Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:17-CR-158-A |
| | § | |
| CARLEY JEAN BENNINGFIELD, ET AL. | § | |

ORDER

Consistent with the ruling made during a hearing in the above-captioned case on September 26, 2017,

The court ORDERS that Mark L. Watson ("Watson"), the court-appointed attorney for defendant ANGEL RENEE NORRIS ("Norris"), be, and is hereby, discharged from representation of Norris in this case.

The court further ORDERS that Danny D. Burns ("Burns"), a member of the Bar of this court, be, and is hereby, appointed to replace Watson as the Criminal Justice Act attorney for Norris.

The contact information for Burns is as follows:

Danny D. Burns, Esq.
Law Offices of Danny D. Burns
115 N. Henderson Street
Fort Worth, TX  76102-1940
PH:  817/870-1544
FAX: 817/870-1589
Email: dburnslaw@sbcglobal.net

The court further ORDERS that Watson promptly deliver to Burns whatever information and material he has acquired pertinent

to the representation he was providing to Norris before he was discharged from that representation.

The clerk of court is directed to send a copy of this order to Watson, Burns, and Norris.

The United States Attorney recently filed an Information charging Norris and others with Conspiracy to Possess With Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)). All six defendants named in that Information were before the court at 2:00 p.m. on September 26, 2017, with the intent to waive indictment and plead guilty to the Information. Norris did not do either because her then-attorney, Watson, did not appear in time for him and Norris to participate in the hearing, but the other five waived the return of an indictment, agreed to proceed on the basis of the Information filed by the United States Attorney, and then pleaded guilty to the offense charged by the Information. So that the court will know whether to schedule this case for trial or for another arraignment on the Information, the court requests Burns to inform the court as promptly as possible whether his client plans to waive the return of an indictment and to proceed with a

plea of guilty to the offense charged by the one-count Information.

THE COURT SO ORDERS.

SIGNED September 27, 2017.

_____
JOHN McBRYDE
United States District Judge