IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2017 OCT -6 PM 3: 25

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | CRIMINAL NO. 4:17-CR-00158-A(5) |
| ANGEL RENEE NORRIS | § § | |

### MOTION FOR RECONSIDERATION OF HEARING BEFORE THE UNITED STATES MAGISTRATE TO RECONSIDER PRIOR "ORDER OF DETENTION PENDING TRIAL"

**TO THE HONORABLE UNITED STATES MAGISTRATE FOR THE NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION:**

**COMES NOW** ANGEL RENEE NORRIS, Defendant in the above styled and numbered cause, by and through her attorney of record, and moves the Court for reconsideration of the prior Magistrate's **ORDER OF DETENTION** filed herein on July 27, 2017 and to consider the following evidence not previously available to the Court.

1. At his initial appearance before the Honorable Judge Jeffrey L. Cureton, United States Magistrate. The Government sought **DETENTION** due to the Defendant's charged offense and the failure to present evidence of the Defendant's having a home to reside in. The mother will not testify that the Defendant can live with her and also that the Child Protective Services intervened for the children because of this arrest and not for abuse by Defendant. The United States Magistrate made a specific pronouncement at the

**MOTION FOR HEARING DE NOVO BEFORE**          **PAGE 1**
**THE DISTRICT JUDGE TO RECONSIDER**
**MAGISTRATE'S "ORDER OF DETENTION PENDING TRIAL"**

hearing that he would hold off on detention until more information is received.

2. The Defense requests the opportunity to present the more information pursuant to 18 U.S.C. §3142(f) on behalf of Norris.

3. I have conferred with the Honorable Shawn Smith, Assistant United States Attorney representing the Government's position on the rehearing and the Government's position is that he takes no position on the granting of the new hearing.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that this Honorable Court set this cause for hearing and after hearing the additional evidence that the Court reconsider that portion of the **ORDER OF DETENTION** filed on July 27, 2017 proceedings and for such further order to the Court as deemed necessary under the orders and conditions to be set by the Court.

Respectfully submitted,

DANNY D. BURNS
115 North Henderson St.
Fort Worth, Texas 76102
(817) 870-1544 FAX 870-1589
State Bar No. 03443800
dburnslaw@sbcglobal.net

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October, 2017, a true and correct copy of the foregoing MOTION TO RECONSIDER THE MAGISTRATE'S "ORDER OF DETENTION PENDING TRIAL" AND ALTERNATIVE RELIEF was hand delivered to the Honorable Shawn Smith, Assistant United States Attorney, 801 Cherry Street, Suite 1700, Fort Worth, Texas 76102.

/s/ Danny D. Burns
DANNY D. BURNS