ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 1 3 2017
CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA

v.

ANGEL RENEE NORRIS (05)

No. 4:17-CR-158-A

## FACTUAL RESUME

SUPERSEDING INFORMATION:
    Count One: Conspiracy to Possess with Intent to Distribute a Controlled Substance (methamphetamine) (in violation of 21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

PENALTY: $5,000,000 fine - not less than 5 years imprisonment and not more than 40 years imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 4 years.

MAXIMUM PENALTY:
$5,000,000 fine and not less than five (5) years nor more than forty (40) years imprisonment, plus a term of supervised release of not less than 4 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Superseding Information are as follows:

First:     That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the superseding information;

Second:     That the defendant knew of the unlawful purpose of the agreement;

Factual Resume - Page 1

Third:     That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

Fourth:     That the overall scope of the conspiracy involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

In 2015, Angel Renee Norris received quantities of methamphetamine from Jeremy Lummus, Keith Davis, and at least one other individual on multiple occasions. In turn, Angel Renee Norris distributed methamphetamine to others in Fort Worth, Texas. In this manner, Angel Renee Norris conspired with others to possess with intent to distribute more than 50 grams of methamphetamine.

SIGNED this 4th day of October, 2017.

_____  
ANGEL RENEE NORRIS  
Defendant

_____  
DANNY BURNS  
Counsel for Defendant

Factual Resume - Page 2