ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:17-CR-158-A |
| ANGEL RENEE NORRIS (05) | |

## GOVERNMENT'S NOTICE REGARDING ACCEPTANCE OF RESPONSIBILITY

If the Court determines that defendant Angel Renee Norris is entitled to a reduction for Acceptance of Responsibility, and that her offense level is 16 or greater, the government moves that the defendant receive an additional third-point reduction for Acceptance of Responsibility, pursuant to USSG § 3E1.1(b). The defendant has assisted authorities in the investigation or prosecution of her own misconduct by timely notifying authorities of her intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

Respectfully Submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas Bar No.   24033206
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2017, the foregoing Government's Notice Regarding Acceptance of Responsibility was served by first class mail to Danny Burns at 115 N Henderson Street, Fort Worth, Texas 76102-1940, counsel for defendant.

_____
SHAWN SMITH
Assistant United States Attorney

Acceptance of Responsibility - Page 2