Case 4:17-cr-00158-A   Document 158   Filed 01/26/18   Page 1 of 5   PageID 745

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 2 6 2018

CLERK, U.S. DISTRICT COURT
By_____
       Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:17-CR-158-A |
| | § | |
| CARLEY JEAN BENNINGFIELD, ET AL. | § | |

O R D E R

Attached to this order as an exhibit is a copy of a letter dated January 22, 2018, the undersigned received in Chambers on the date of signing of this order from defendant ANGEL RENEE NORRIS ("Norris"). Often what appear to be irreconcilable differences between a defendant and appointed counsel for a defendant are nothing more than misunderstandings that can readily be resolved by frank and open discussions between the defendant and counsel. The court is optimistic that such is the case here. Therefore,

The court ORDERS that Danny Burns ("Burns"), after delivering a copy of this order to Norris, meet with Norris in person by February 1, 2018, to the end of resolving any problems existing between them, and that by 4:00 p.m. on February 2, 2018, Burns file a report with the court, under seal if he desires, concerning such meeting, including a statement as to the date when the meeting was held, the time of day it commenced, the time

of day it ended, things that were discussed in the meeting, and the outcome of the meeting.

When Burns meets with Norris as described in the preceding paragraph, Burns shall inform Norris that Norris could lose her attorney-client privilege as to any communications between her and Burns that are relevant to her request for substitution of counsel if she persists in such request.

The court further ORDERS that if Burns concludes as a result of things that occur at the meeting that a motion should be filed on behalf of Norris, Burns file such a motion by 4:00 p.m. on February 2, 2018.

SIGNED January 26, 2018.

JOHN MCBRYDE
United States District Judge

Dear Honorable Judge John McBride,

My name is Angel Renee Morris. I am writing out of desperation and frustration. Up to date I have not been provided with a single piece of paperwork reference my case whatsoever. When I was housed @ Parker County Jail, it was supposedly marshall ordered that what papers I did have re: my criminal complaint be removed and said paperwork was never returned to my person upon moving to Mansfield Law Enforcement Center.

My current concern is that my PSI was due back on January 16th 2018. I feel that I have some very real and valid objections/reviews etc. to address with the court and my appointed attorney Mr. Danny Burns absolutely refuses to acknowledge them or file anything on my behalf. I don't even have a copy of my pre-sentencing report. He simply read over the parts he felt were important to go over on the 20th of Jan. when he came to visit and refused to give me his copy stating "it was the only one he had and that it was Mrs. Bradshaw's (the probation officers) responsibility to provide me with a copy."

He was in a rush the whole time said "he had lunch plans" and when I asked if he would just please listen to me and my objections. He got aggravated and told me I should be happy he even came up here on his weekend day off. My case is a bother to him. I don't know what to do. I can't even contact him on the phone or during the regular work week schedule. I've asked him repeatedly to contact my probation officer out of Tarrant co. as I was on deferred probation for over 2 yrs. with no violations whatsoever. He hasn't done so. There's also a few police report records I've requested. He has provided me with absolutely nothing, no discovery, no legal mail, no willingness to file any objections whatsoever on my behalf. Even my medical records which were provided to the probation officer I contacted my old state attorney and had him provide them to Mr. Burns so that he would have

them because I know Mr. Biens would not go out of his way to get any records for me @ all. I'm at a lose as to what I should do your honor? I'm not trying to deny responsibility or lose acceptance points but I'm legally allowed objections and due representation and I'm to the understanding that I only have 2 weeks to file any motions etc. on my behalf and I can't even get my attorney to acknowledge that he understands the english language when its my mouth its coming from. Pls sir help me there seems to be a major need for mediation of some sorts or an extension on my PSR objection deadlines @ the very least.

In closing I would just like to thank you for taking the time to read this letter. Please take my request/ concerns into consideration. I'm just seeking fair representation and an attorney who will honestly take a little time to do his job pls help me get that. Thank you your honor. Respectfully -

God Bless and take care                    Angel Renee Noreu