**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2018 FEB -5  PM 3: 28

CLERK OF COURT

WC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:17-CR-158-A (05) |
| | § | |
| ANGEL RENEE NORRIS (5) | § | |

## MOTION FOR DOWNWARD DEPARTURE

**TO THE HONORABLE JUDGE JOHN McBRYDE:**

Comes now the Defendant and moves this Honorable Court to depart downward from the sentencing guidelines and grant a variance in the sentence imposed.  For cause the Defendant would respectfully show unto the Court the following:

1.   Under 18 U.S.C.A. §3553(a), provides that a Court shall impose a sentence that is sufficient, but not greater than necessary to comply with the purposes set out under paragraph (2) of §3553(a).  The Court shall consider the circumstances and the history and characteristics of the Defendant.

Under the circumstances, character, and history of Ms Angel Renee Norris in assessing a proper sentence.  One item the Court should consider is the fact that after Ms. Angle Renee Norris was arrested and placed on probation for Possession with intent to deliver a controlled substance of four grams or more but less than 200 grams and for Forgery by Possession with intent to pass a Forged Check, which drug count was included in the charges now pending in this Honorable Court, she turned her life around. Angel

-1-

Renee Norris was placed on four years deferred adjudication for each offense. Angle Renee Norris disassociated with the persons in the conspiracy and she stopped using drugs as evidenced by her having no positive urine samples while on probation. She was ordered to complete a substance abuse assessment. (PSI, ¶'s 57& 58) No one else in this conspiracy can claim that they stopped using and possessing drugs before the federal charges were filed. Angel Renee Norris took her sobriety seriously and stopped associating with persons who continued to sell and use controlled substances. The Supreme Court has clearly held that withdrawal from a drug conspiracy does not negate an element of the conspiracy charged during the defendant's participation. **_Smith v. United States_**, 568 U.S. 106 at 110, 133 S.Ct. 714, 184 L.Ed.2d 570 (2013) The Court can consider her efforts to reform herself before (and after) she was arrested on these federal charges. SEE: **Koon v. United States**, 518 U.S. 81, 116 S.Ct. 2035, 135 L.Ed.2d 392 (1996) After the probation started, she devoted herself to her children. This shows that she is still a person who can be rehabilitated.

Another mitigating factor revolves around her criminal history. The assault convictions listed in her PSI are mostly related to her dysfunctional family. Her mother, Belinda Kay Norris, was living with Angel Renee Norris' step-father, Christopher James Boyle, who was molesting both Angel Renee Norris and her little sister. Whenever Boyle attempted to molest either one of them, Angel Renee Norris would intervene to stop the

molestation and her mother would come to the defense of Christopher James Boyle and physically intervene against Angel Renee Norris. When the police were called, they believed the mother rather than Angel Norris and would arrest Angel, but on one occasion, the police arrested both Angel and her mother but the mother's charges were never filed with the District Attorney's Office and the mother was released.   Later, however, the police believed the abuse reports and arrested Christopher Boyle.   Boyle admitted to the abuse and received a four year penitentiary sentence.   As a result of his conviction, he is a registered sex offender for the rest of his life.   I have included with this Motion the Texas Public Sex Offender Registry in regards to the step-father Christopher James Boyle.   Another factor the Court should consider is the fact that the mother, Belinda Kay Norris, blames the two girls, Angel Renee Norris and her sister for causing Christopher James Boyle to be sent to prison.   I called the sister first, who started crying because she had broken up the family I told the sister that it was Christopher James Boyle who was in the wrong and not her.   Angle Renee Norris informed me that her sister is mentally ill and that was another reason that Angel Renee Norris felt a need to protect her.   It became apparent that Belinda Kay Norris, actually hates her daughter for cooperating with the police in sending Christopher James Boyle to prison.   When I asked the mother about the fights between Angel Renee Norris and Christopher James Boyle and also against the mother, Belinda Kay Norris, the mother denied there

-3-

were ever any fights.   When I asked Belinda Kay Norris about the assault charges filed against Angel Renee Norris, she terminated the call.

Angel Renee Norris was placed on the mental health caseload but never received the treatment.    (last Paragraph of ¶57 of the PSI)  Angel Renee Norris took the Thinking for a Change program offered to her in April, 2006, which is another indication of her intent to change for the better.

Angel Renee Norris has not had any contact with her natural father since the second grade.  The mother's husbands added to the problems.  Christopher James Boyle was and is a sex offender and the father was a "full fledged alcoholic" according to Angel Renee Norris.  (PSI, ¶80)

Angel Renee Norris is concerned about her mother not properly caring for Angel's children.  Angel Norris has been contacted by CPS regarding actions against the mother as guardian of the children.

Angel Renee Norris told me about a random kidnaping of her when a man in a car, in the street just outside her home, with the doorn to his car open, asked her for a light of his cigarette and when she reached in with her lighter, he grabbed her and pulled her into the car and drove off with her.  She  fought him and was eventually able to jump out of the car and had someone call the police but the person was never captured. She indicates that William "Randy" Crisp saw the incident and can corroborate it, if

-4-

I can find him. She was living at the Vickery Inn at the time this kidnaping occurred.

Angel Renee Norris has had mental problems since she was four years old. (PSI, ¶89) She was in and out of Cook's Children's Hospital between the ages of 8 and 13. She has attempted suicide ten to twenty times by overdosing and by cutting her wrists. (PSI, ¶89) Angel Renee Norris attended a mental health program, My Health and Mental Retardation in Fort Worth. She was not on her medications due to her being pregnant. This is mitigating because it shows she cares more about her unborn baby's health than her own. The child was born just three weeks before her arrest on these federal charges. Angel Renee Norris has been confirmed to suffer from ADHD and bipolar disorder. Angel Renee Norris' mental problems are numerous and are covered in the PSI from ¶89 to ¶100.

This Honorable Court may, on proper motion of the Defendant, depart downward from the Sentencing Guidelines in order to take into consideration items of a persons past, the character, or traits which are not adequately taken into account by the guidelines themselves. Even before **Booker**, the Court was entitled to depart downward due to a defendants family ties or lack thereof, responsibility shown in her life (in Angel Renee Norris' life, her decision to leave her criminal activities behind), and/or the Defendant's employment. **Koon v. United States**, 518 U.S. 81, 116 S.Ct. 2035, 135 L.Ed.2d 392 (1996). Personal circumstances which are sufficiently mitigating, such as substantial medical problems

and minor participation can justify a downward departure. **United States v. Palmer**, 122 F.3d 215 (5th Cir., 1997) The decision to depart is within the sound discretion of the sentencing court. **United States v. Palmer**, supra.

2.   Section 5K2.0 provides "... the sentencing court may impose a sentence outside the range established by the applicable guideline, if the court finds 'that there exists an aggravating or mitigating circumstance of a kind, or to a degree, not adequately taken into consideration by the Sentencing Commission in formulating the guidelines that should result in a sentence different from that described."

3.   A sentence should reflect the seriousness of the offense and to promote respect for the law and to provide just punishment for the offense. The factors not adequately taken into account by the sentencing commission in this case is the actual family history of the Defendant and the environment in which she lived. The mitigation of her criminal history category occurring from the molestation and attempts at molestation by the step-father Christopher James Boyle and the mother defending the molester warrants a downward departure. The resisting arrest incident with the police which the district attorney refused to file is mitgating as well. The resisting arrest charge listed in paragraph 60 was an incident where the police were attempting to take her car and leave her and her three month old child in the rain and she kept locking the door with the child inside to keep them from taking the car.

-6-

The prosecutor who looked at the facts rejected the request to file a resisting arrest charge. The monthly rainfall records for April from 1898 to 2004 has only 39 April's with more rainfall than the 2.96 inches in April 2004. This statistic adds to the reliability of her story and should again mitigate her criminal history. The Supreme Court in *Giles v. California*, 554 U.S. ___, 128 S.Ct. 2678, 171 L.Ed.2d 488 (1008) held a trial court is authorized to fashion a sentence to meet and justify the proper punishment in a particular case. While the Court must consider the Guidelines Range, it is merely advisory.

4. Adequate deterrence of the defendant to engage in criminal conduct must also be considered. Ms. Angel Renee Norris has already shown that she intends to live a righteous life with her children and that deterrence in her case is not a factor.

5. The Court should consider needed educational or vocational training, medical care, or other correctional treatment in the most effective manner. The Court should consider recommending psychological counseling for Ms. Angel Renee Norris due to the abusive neglect and treatment from her parents.

6. Even prior to *Blakely* and *Giles*, the Fifth Circuit noted in **United States of America v. Ramon Rodriguez-Montelongo**, 263 F.3d 429 (5th Cir., 2001):

> "The Supreme Court has explained that the Sentencing Commission "did not adequately take into account cases that are, for one reason or another, 'unusual.'" **Koon v.**

United States, 518 U.S. 81, 93 (1996).

The Guidelines enumerate certain factors that can never be bases for departure.  See id. at 93; see also U.S. Sentencing Guidelines Manual § 5H1.10 (prohibiting consideration of race, sex, national origin, creed, religion, and socio-economic status); id. § 5H1.12 (prohibiting consideration of lack of guidance as a youth); id. § 5H1.4 (prohibiting downward departure for drug or alcohol dependence).  Aside from the limited number of categorical prohibitions, however, the Sentencing Commission did 'not intend to limit the kinds of factors, whether or not mentioned anywhere else in the guidelines, that could constitute grounds for departure in an unusual case.'  U.S. Sentencing Guidelines Manual ch. 1, pt. A, intro. cmt. 4(b); see also Koon, 518 U.S. at 93; Garay, 235 F.3d at 232 n.8."

This case is just such an unusual case that justifies a downward departure for Ms. Angel Renee Norris. Proper counseling and treatment, vocational training and additional educational opportunities for Ms. Angel Renee Norris would allow her the opportunities to become a useful and productive citizen.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that this Honorable Court grant this Motion for Downward Departure and to sentence Ms. Angel Renee Norris to a sentence of sixty months or

less to allow her to re-enter society and make a productive citizen and mother for her children.  The Defense so prays this Honorable Court for a downward departure on her sentence and for such other and further relief to which the Defendant may be entitled.

Respectfully submitted;

DANNY D. BURNS
State Bar No. 03443800
115 North Henderson Street
Fort Worth, Texas  76102-1940
(817)870-1544 FAX 870-1589



# Texas Public Sex Offender Registry



Printed: 1/23/2018 1:05:55 PM

# BOYLE,CHRISTOPHER JAMES

| | |
|---|---|
| **SID** | 06577852 |
| **Risk Level** | MODERATE |
| **Ending Registration Date (Projected)** | LIFETIME |
| **Verification Requirement** | QUARTERLY |
| **Sex** | Male |
| **Race** | White |
| **Ethnicity** | Non-Hispanic |
| **Height** | 5'11" |
| **Weight** | 170 lbs |
| **Hair Color** | GRAY OR PARTIALLY GRAY |
| **Eye Color** | BROWN |
| **Shoe Size** | 09.5 |
| **Shoe Width** | UNKNOWN |

## Name(s)

BOYLE,CHRISTOPHER JAMES (PRIMARY)

BOYLE,CHRIS

BOYCE,CHRISTOPHER JAMES

# Birth Date(s)

05/19/1970 (PRIMARY)

## Notices

DPS Cannot guarantee the records you obtain through this site relate to the person about whom you are seeking information. Searches based on names, dates of birth and other alphanumeric identifiers are not always accurate. The only way to positively link someone to a criminal record is through fingerprint verification.

The registry contains information as reported by the law enforcement agency that served as the offender's last Texas registration authority. Registrants who leave the state will have their last reported state/country of intended residence reflected in the address portion of their record. Registration information will remain on the web site until the duty to register has expired or other relief allowed by statute is granted. (Art. 62.101 and 62.251 Tx CCP)

| Date | Event Type | Agency |
|------|-----------|--------|
| 11/30/2017 | Verification | HURST PD |
| 07/03/2008 | Registration | DEPT OF CRIMINAL JUSTICE HUNTSVILLE |

## Reported Information

**Address**            429 MICHAEL BLVD
                       HURST TX 76053

# Offense: INDECENCY WITH A CHILD SEXUAL CONTACT

| | |
|---|---|
| **Statute** | TEXAS PENAL CODE 21.11 (a)(1) |
| **Victim Sex** | Female |
| **Victim Age** | 14 |
| **Disposition Date** | 10/11/2005 |
| **JUDGMENT** | 4Y DISCHARGED FROM NOT REPORTED / UNKNOWN |

# Offense: INDECENCY WITH A CHILD SEXUAL CONTACT

| | |
|---|---|
| **Statute** | TEXAS PENAL CODE 21.11 (a)(1) |

| **Victim Sex** | Female |
| --- | --- |
| **Victim Age** | 14 |
| **Disposition Date** | 10/11/2005 |
| **JUDGMENT** | 4Y DISCHARGED FROM NOT REPORTED / UNKNOWN |



Photo Reported - 06/17/2015



Photo Reported - 03/12/2015



Photo Reported - 11/17/2014



Photo Reported - 04/23/2014



Photo Reported - 07/31/2013



Photo Reported - 04/16/2013



Photo Reported - 03/08/2011



Photo Reported - 06/18/2010



Photo Reported - 09/12/2008



Photo Reported
10/12/2015



Photo Reported - 07/03/2008



Photo Reported - 07/03/2008



**Tarrant County District Clerk Online**
Thomas A. Wilder, District Clerk

Criminal Case Display

1/23/18 1:15 PM

Case 2 of 4 | Prev. F7 | Next F8

| | | | |
|---|---|---|---|
| Case Status: | | | |
| Case: 0939361 | CID: 0557786 | Docket: 0939361D | << NOT IN JAIL >> |
| Court: D396 | Sub-Court: | Direct Court: D396 | Active Warrant: |
| Name: BOYLE,CHRISTOPHER JAMES | | | CODP: N |
| AKA: BOYCE,CHRISTOPHER JAMES | | DOB: 05/19/1970 | Sex: M |
| | | Age: 47 | Race: W |
| | | Ethnicity: | |
| Street Address: 6405 WESTRIDGE DR | | Apt #: | |
| City: WATAUGA | State: TX | Zip: 76148 | |
| Filing Agency: 29 WHITE SETTLEMENT PD | | Report: 04-10645 | Booking: 2355375 |
| File Date: 07/09/2004 | | TRN: 0056520530 | TRS: A002 |
| Companion Cases: 0939362 | | | |
| Charged Offense: 110128 SEXUAL ASSAULT CHILD U/17 | | | |
| Disposition Offense: 360110 INDECENCY-FONDLING | | Offense Date: 05/17/2004 | |
| Remarks: | | Indictment Date: 09/23/2004 | |
| Defense Attorney: YOUNG,TRAVIS W | | Appeal Date: | |
| Additional Attorney: | | | Appointed: Y |
| Reviewing Attorney: BEDNARZ,TIMOTHY | | | |
| Prosecutor: HUSEMAN,ROBERT | | | |
| Next Prelim. Court Date: | | Next Preliminary Court: | |
| Next Court Date: 10/11/2005 08:30 AM | TR - (TRIAL DOCKET ) | | |
| Bond Status: | Event: | Recommended Amount: $0.00 | |
| Bondsman: | | Actual Amount: $0.00 | |
| | | Pending: | |
| Sentence: PENN | Term: 4 YEARS | Date: 10/11/2005 | Probation Term: 0 mos. |
| Fine: $0.00 | Fine Paid: | Appeal Filed: | |
| JP Vol/Page: | | | |
| Dispositions: | | Actions: | |
| FELC10/11/2005 | | | |

Case 2 of 4 | Prev. F7 | Next F8

**District Clerk's Office**

Tim Curry Justice Center

401 W. Belknap, 3rd Floor, Fort Worth, TX 76196, Contact Us

Please send questions and comments regarding the District Clerk web site to District Clerk Webmaster



**Tarrant County District Clerk Online**
Thomas A. Wilder, District Clerk

Criminal Case Display

1/23/18 1:16 PM

Case 3 of 4 | ◄◄ Prev F7 | Next F8 ►►

| | | | | |
|---|---|---|---|---|
| Case Status: | | | | << NOT IN JAIL >> |

Case: 0939362       CID: 0557786          Docket: 0939362D        Active Warrant:
Court: D396          Sub-Court:              Direct Court: D396                                    CODP: N
Name: BOYLE,CHRISTOPHER JAMES                              DOB: 05/19/1970           Sex: M
AKA: BOYCE,CHRISTOPHER JAMES                              Age: 47                    Race: W
                                                          Ethnicity:
Street Address: 6405 WESTRIDGE DR                         Apt #:
City: WATAUGA                        State: TX             Zip: 76148
Filing Agency: 29 WHITE SETTLEMENT PD                     Report: 04-10645          Booking: 2355378
File Date: 07/09/2004                                     TRN: 0056520530           TRS: A001
Companion Cases: 0939361
Charged Offense: 110130 AGG SEX ASLT CHILD-THREAT
Disposition Offense: 360110 INDECENCY-FONDLING             Offense Date: 05/17/2004
Remarks:                                                   Indictment Date: 09/23/2004
Defense Attorney: YOUNG,TRAVIS W                           Appeal Date:
Additional Attorney:                                       Appointed: Y
Reviewing Attorney: BEDNARZ,TIMOTHY
Prosecutor: HUSEMAN,RONALD
Next Prelim. Court Date:                          Next Preliminary Court:
Next Court Date: 10/11/2005 08:30 AM    TR - (TRIAL DOCKET )
Bond Status:                Event:      Recommended Amount: $0.00
Bondsman:                               Actual Amount: $0.00
                                        Pending:
Sentence: PENN          Term: 4 YEARS       Date: 10/11/2005       Probation Term: 0 mos.
Fine: $0.00             Fine Paid:          Appeal Filed:
JP Vol/Page:
Dispositions:                                           Actions:
FELC10/11/2005

Case 3 of 4 | ◄◄ Prev F7 | Next F8 ►►

**District Clerk's Office**

Tim Curry Justice Center

401 W. Belknap, 3rd Floor, Fort Worth, TX 76196, Contact Us

Please send questions and comments regarding the District Clerk web site to District Clerk Webmaster



Home » DFW Weather Records » Monthly rainfall records for DFW from 1898 to present

# Monthly rainfall records for DFW from 1898 to present

1

This table shows the total precipitation for every month since September 1898 at DFW.  Weather records at DFW began **119 years, 4 months and 29 days ago** on September 1, 1898.  These data include all forms of precipitation; snow and sleet are included as melted liquid equivalent.

## Other Weather Records:

❄ DFW Snowfall Records

🌧 Monthly Precipitation this Past Year

Use the search box to search for a particular year. Of course you can sort and filter as you desire.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|--------|
| 1898 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 1.59 | 1.42 | 2.70 | N/A |
| 1899 | 1.24 | 0.21 | 0.32 | 2.32 | 2.01 | 2.78 | 1.66 | 0.02 | 1.02 | 1.49 | 3.06 | 1.98 | 18.11 |

Monthly rainfall records for DFW from 1898 to present – iWeatherNet
Page 2 of 4
Case 4:17-cr-00158-A   Document 161   Filed 02/05/18   Page 18 of 21   PageID 784

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|--------|
| 1900 | 0.7 | 0.12 | 0.73 | 7.34 | 6.58 |  | 0.84 | 5.9 |  |  |  |  |  |
| 1901 | 0.08 | 1.59 | 1.57 | 2.04 |  | 0.33 | 1.99 | 1.43 | 9.12 | 3.22 | 0.56 | 0.35 | 36.89 |
| 1902 | 0.42 | 0.36 | 3.8 | 1.81 | 4.5 |  | 1.99 | 1.29 | 1.67 | 1.9 | 2.1 | 0.59 | 19.65 |
| 1903 | 1.83 | 5.07 | 2.03 | 0.59 | 4.31 | 0.58 | 6.29 | T | 2.4 | 1.4 | 6.89 | 1.05 | 29.31 |
| 1904 | 1.3 | 1.79 | 4.01 | 2.21 | 3.86 | 5.42 | 1.84 | 1.57 | 2.7 | 4.53 | 0 | 0.3 | 27.14 |
| 1905 | 1.52 | 1.93 | 3.39 | 7.73 | 5.45 | 2.69 | 8.35 | 3.26 | 2.63 | 5.29 | 0.02 | 0.36 | 32.3 |
| 1906 | 0.93 | 2.08 | 1.99 | 2.56 | 8.24 | 4.13 | 2.56 | 0.56 | 0.83 | 4.21 | 3.19 | 3.6 | 43.45 |
| 1907 | 0.51 | 1.9 | 0.7 | 1.31 | 6.53 | 2.22 | 4.15 | 4.98 | 4.16 | 0.91 | 2.19 | 1.22 | 35.95 |
| 1908 | 0.96 | 2.45 | 2.95 | 9.63 | 10.69 | 2.9 | 2.66 | 0.29 | 3.52 | 3.01 | 5.81 | 2.18 | 30.53 |
| 1909 | 0.09 | 0.11 | 0.41 | 1.66 | 1.09 | 2.97 | 0.02 | 2.74 | 3.52 | 4.49 | 2.05 | 0.03 | 45.07 |
| 1910 | 1.36 | 1.14 | 1.02 | 2.65 | 5.76 | 1.38 | 0.14 | 2.38 | 2.08 | 2.2 | 5.11 | 2.81 | 20.93 |
| 1911 | 0.21 | 3.84 | 1.87 | 3.33 |  | 0.43 | 6.26 | 0.26 | 2.21 | 0.68 | 0.14 | 1.23 | 17.97 |
| 1912 | 0.17 | 1.22 | 3.34 | 3.2 | 2.71 | 4.26 | 0.27 | 2.39 | 1.38 | 0.99 | 1.05 | 5.06 | 27.03 |
| 1913 | 2.3 | 0.87 | 1.04 | 2.47 | 2.74 | 3.03 | 4.36 | 6.56 | 0.83 | 1.51 | 0.33 | 1.95 | 26.35 |
| 1914 | 0.43 | 1.17 | 2.89 | 5.99 | 10.71 | 2.97 | 0.73 | 9.02 | T | 7.29 | 5.9 | 5.42 | 37.7 |
| 1915 | 1.32 | 2.18 | 1.4 | 4.98 | 2.49 | 6.88 | 0.3 | 10.33 | 1.61 | 0.28 | 6.44 | 4.4 | 46.64 |
| 1916 | 4.01 | 0.01 | 3.68 | 6.99 | 3.7 | 3.3 | 1.38 | 3.84 | 0.73 | 2.59 | 1.99 | 0.11 | 36.36 |
| 1917 | 1.43 | 1.47 | 2.42 | 4.11 | 3.92 | 1.97 | 2.65 | 1.92 | 2.41 | 0.17 | 1.82 | 0.11 | 31.46 |
| 1918 | 1.36 | 0.01 | 0.93 | 6.21 | 1.99 | 5.16 | 1.1 | 0.29 | 2.09 | 3.31 | 7.94 | 4.08 | 23.87 |
| 1919 | 3.03 | 2.03 | 3.34 | 2.06 | 3.99 | 3.72 | 5.25 | 5 | 4.12 |  |  |  | 34.47 |
| 1920 | 3.48 | 0.76 | 4.42 | 0.51 | 8.66 | 2.33 | 3.49 | 4.22 | 4.12 | 9.44 | 3.32 | 0.44 | 45.74 |
| 1921 | 2.87 | 2.62 | 2.67 | 1.99 | 1.04 | 2.63 | 1.14 | 0.95 | 2.76 | 6.52 | 1.7 | 1.31 | 40.16 |
| 1922 | 1.63 | 2 | 1.57 | 17.64 | 4.58 | 1.76 | 1.35 | 0.52 | 0.41 | 2.33 | 2.57 | 0.06 | 17.91 |
| 1923 | 4.6 | 2.05 | 1.52 | 5.3 | 0.54 | 6.74 | 0.99 | 1.68 | 2.06 | 6.05 | 1.63 | 4.68 | 36.42 |
| 1924 | 0.89 | 1.97 | 4.66 | 2.33 | 4 | 1.25 | 0.96 | 3.77 | 3.78 | T | 1.6 | 1.23 | 37.84 |
| 1925 | 1.44 | 0.74 | 0.02 | 3.59 | 8.11 | 0.29 | 0.98 | 0.4 | 3.77 | 3.78 | 1.6 | 1.23 | 26.44 |
| 1926 | 4.04 | 0.08 | 3.6 | 3.73 | 3.79 | 3.32 | 0.98 | 0.4 | 1.41 | 3.77 | 2.05 | 0.04 | 23.22 |
| 1927 | 1.45 | 1.77 | 2.19 | 3.66 | 0.44 | 3.33 | 4.13 | 4.39 | 1.41 | 3.16 | 0.73 | 3.03 | 35.41 |
| 1928 | 0.46 | 3.53 | 1.1 | 5.7 | 3.77 | 11.58 | 4.24 | 2.13 | 4 | 4.47 | 0.58 | 2.59 | 26.81 |
| 1929 | 2.08 | 2.78 | 1.39 | 2.06 | 5.83 | 0.2 | 0.43 | T | 2.29 | 4.15 | 1.97 | 5.5 | 44.58 |
| 1930 | 0.84 | 1.08 | 2.86 | 2.37 | 10.37 | 1.87 | 0.37 | 3.12 | 1.19 | 2.12 | 1.5 | 0.41 | 21.09 |
| 1931 | 1.79 | 2.84 | 4.2 | 1.97 | 2.42 | 2.43 | 0.44 | 3.38 | 1.25 | 7.96 | 1.71 | 2.08 | 35.82 |
| 1932 | 9.07 | 4.92 | 0.63 | 3.43 | 6.03 | 3.04 | 2.07 | 2.92 | 3.39 | 2.78 | 2.73 |  | 29.62 |
| 1933 | 1.96 | 2.47 | 2.18 | 1.57 | 4.67 | 0.03 | 5.7 | 2.25 | 10.8 | 1.66 | 1.56 | 4.9 | 51.03 |
| 1934 | 1.86 | 1.67 | 4.26 | 2.39 | 0.82 | T | 0.08 | 0.13 | 4.9 | 0.12 | 1.24 | 0.66 | 29.8 |
| 1935 | 3.7 |  | 3.29 | 1.4 | 9.15 | 7.22 | 0.89 | 0.7 | 3.61 | 4.01 | 1.65 | 2.26 | 19.09 |
| 1936 | 0.67 | 0.45 | 0.63 | 0.99 | 9.48 | 0.03 | 2.35 | 0.23 | 3.61 | 4.01 | 1.65 | 2.25 | 40.94 |
| 1937 | 1.71 | 0.3 | 3.88 | 0.58 | 1 |  | 5.74 | 1.93 | 1.02 | 3.72 | 0.46 | 1.84 | 28.15 |
| 1938 | 2.74 | 4.57 | 3.89 | 3.03 | 2.8 | 1.61 | 2.16 | 0.11 | 0.32 | 3.55 | 4.39 | 5.31 | 29.73 |
| 1939 | 2.66 | 2.42 | 1.64 | 1.48 | 2.54 | 4.04 | 2.02 | 1.44 | 0.12 | 0.55 | 1.17 | 1.26 | 24.23 |
| 1940 | 0.59 | 2 | 0.4 | 5.97 | 7.15 | 7.3 | 2.86 | 2.16 | 0.68 | 1.47 | 2.72 | 0.68 | 22.31 |
| 1941 | 1.45 | 3.42 | 1.52 | 3.52 | 2.02 | 7.12 | 1.49 | 2.71 | 1.28 | 3.68 | 6.35 | 4.72 | 41.65 |
| 1942 | 0.39 | 0.64 | 1.37 | 16.97 | 2.85 | 3.23 | 0.62 | 4.69 | 3.82 | 6.18 | 0.92 | 1.59 | 31.17 |
| 1943 | 0.2 | 0.51 | 4.05 | 1.63 | 7.83 | 3.93 | 0.73 | T | 7.31 | 0.73 | 0.51 | 3.32 | 30.2 |
| 1944 | 2.58 | 4.81 | 1.3 | 2.7 | 6.42 | 0.76 | 2.52 | 2.65 | 0.8 | 2.53 | 3.82 | 3.6 | 30.75 |
| 1945 | 1.92 | 6.96 | 6.19 | 2.87 | 1.81 | 4.12 | 3.07 | 0.62 | 2.17 | 2.31 | 1.13 | 0.55 | 34.49 |
| 1946 | 2.79 | 2.93 | 2.8 | 2.49 | 12.09 | 0.65 | 0.9 | 6.84 | 2.69 | 1.31 | 6.5 | 3.4 | 33.72 |
| 1947 | 1.21 | 0.55 | 2.92 | 2.98 | 2.5 | 4.08 | 0.1 | 4.18 | 2.81 | 2.14 | 2.23 | 4.5 | 45.39 |
| 1948 | 0.96 | 4.12 | 1.07 | 1.11 | 4.34 | 2.46 | 1.93 | 0.9 | 0.19 | 2.09 | 0.5 | 0.44 | 30.2 |
| 1949 | 5.45 | 4.75 | 3.69 | 2.47 | 10.64 | 3.52 | 0.1 | 2.27 | 3.13 | 6.5 | 0.09 | 1.04 | 20.11 |
| 1950 | 5.01 | 2.47 | 1.58 | 4.73 | 6.16 | 3.16 | 4.53 | 3.05 | 3.21 | 0.3 | 0.02 | 1 | 43.65 |
| 1951 | 1.39 | 2.42 | 1.33 | 2.27 | 4.6 | 4.12 | 2.22 | 0.47 | 1.84 | 1.62 | 1 | 0.09 | 34.22 |
| 1952 | 0.58 | 1.12 | 1.39 | 6.51 | 3.21 | T | 0.56 | 0.44 |  |  | 1 | 0.09 | 23.37 |
| 1953 | 0.54 | 1.34 | 2.52 | 4.82 | 3.55 | 0.55 | 0.97 | 1.09 | 1.68 | 0.01 | 5.84 | 2.49 | 22.69 |
| 1954 | 2.08 | 0.73 | 0.66 | 3.62 | 4.38 | 1.2 | 0.24 | 0.81 | 1.46 | 4.27 | 2.09 | 1.32 | 24.74 |
| 1955 | 1.17 | 2.01 | 2.15 | 1.94 | 6.58 | 4.99 | 0.64 | 1 | 3.68 | 0.2 | 0.59 | 0.21 | 19.55 |
| 1956 | 1.34 | 2.54 | 0.11 | 3.12 | 3.83 | 0.88 | 0.38 | 0.23 | 0.23 | 1.2 | 2.61 | 2.08 | 25.16 |
| 1957 | 1.72 | 1.77 | 4.18 | 12.19 | 12.64 | 3.96 | 0.65 | 0.12 | 3.23 | 3.53 | 4.72 | 1.78 | 50.49 |

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1958 | 1.7 | 0.84 | 5.49 | 8.63 | 1.5 | 0.67 | 3.69 | 3.64 | 5.1 | 1.07 | 2.26 | 1.09 | 35.68 |
| 1959 | 0.36 | 1.61 | 2.31 | 0.92 | 3.27 | 5.27 | 3.27 | 0.93 | 2.4 | 9.22 | 1.74 | 2.84 | 34.14 |
| 1960 | 2.29 | 2.16 | 0.74 | 1.67 | 1.89 | 1.72 | 3.96 | 2.76 | 1.25 | 1.82 | 0.49 | 4.22 | 24.97 |
| 1961 | 3.29 | 2.2 | 2.95 | 2.23 | 1.06 | 5.93 | 2.32 | 0.02 | 2.92 | 2.82 | 2.72 | 2.12 | 30.58 |
| 1962 | 1 | 2.01 | 1.8 | 5.66 | 1.58 | 6.94 | 6.36 | 3.22 | 3.79 | 4.15 | 3.93 | 0.99 | 41.43 |
| 1963 | 0.86 | 0.15 | 0.48 | 6.2 | 2.52 | 0.57 | 2.28 | 2.73 | 1.7 | 0.23 | 1.29 | 1.45 | 20.46 |
| 1964 | 3.53 | 1.17 | 3.35 | 2.71 | 2.85 | 0.4 | 0.25 | 2.43 | 9.52 | 0.62 | 6.23 | 1.25 | 34.31 |
| 1965 | 2.77 | 6.2 | 1.45 | 2.15 | 8.97 | 1.5 | 0.09 | 2.26 | 5.04 | 1.97 | 2.43 | 1.73 | 36.56 |
| 1966 | 1.68 | 2.84 | 1.38 | 10.74 | 3.13 | 5.47 | 3.26 | 3.38 | 4.23 | 1.48 | 0.53 | 1.17 | 39.29 |
| 1967 | 0.28 | 0.32 | 2.09 | 3.84 | 4.02 | 0.72 | 2.2 | 0.48 | 5.94 | 4.19 | 0.92 | 2.2 | 27.3 |
| 1968 | 3.6 | 1.48 | 6.39 | 2.41 | 6.02 | 3.5 | 1.88 | 2.71 | 2.53 | 2.18 | 4.58 | 1.2 | 38.48 |
| 1969 | 1.26 | 1.99 | 3.62 | 3.4 | 7.12 | 0.63 | 0.77 | 2.56 | 4.55 | 5.82 | 1.22 | 2.75 | 35.69 |
| 1970 | 0.72 | 4.78 | 3.49 | 4.68 | 3.62 | 0.61 | 0.94 | 6.85 | 6.25 | 2.95 | 0.2 | 1.01 | 36.1 |
| 1971 | 0.19 | 1.32 | 0.34 | 2.76 | 1.88 | 0.83 | 3.6 | 5.7 | 3.24 | 7.64 | 1.77 | 6.99 | 36.26 |
| 1972 | 1.09 | 0.26 | 0.1 | 3.25 | 2.35 | 1.5 | 0.59 | 0.81 | 2.42 | 6.89 | 2.36 | 0.61 | 22.23 |
| 1973 | 3.26 | 1.92 | 2.28 | 6.06 | 3.18 | 5.88 | 11.13 | 0.01 | 7.16 | 6.85 | 2.06 | 0.83 | 50.62 |
| 1974 | 1.79 | 1.01 | 0.8 | 2.51 | 6 | 5.44 | 0.67 | 4.19 | 6.04 | 5.93 | 3.32 | 1.93 | 39.63 |
| 1975 | 3.34 | 3.72 | 1.67 | 3.4 | 6.88 | 1.95 | 5.06 | 0.3 | 0.87 | T | 0.42 | 1.49 | 29.1 |
| 1976 | 0.13 | 0.52 | 2.29 | 5.71 | 6.03 | 1.4 | 3.83 | 4.75 | 5.02 | 3.46 | 0.5 | 1.99 | 35.63 |
| 1977 | 2.39 | 1.68 | 5.88 | 4.31 | 0.99 | 2.2 | 2.33 | 1.72 | 2.96 | 1.79 | 0.25 | 0.69 | 27.19 |
| 1978 | 1.41 | 3.33 | 2.66 | 1.34 | 8.01 | 0.77 | 0.33 | 1.58 | 0.93 | 0.55 | 2.73 | 0.78 | 24.37 |
| 1979 | 3.35 | 1.52 | 6.33 | 2.03 | 5.9 | 1.36 | 1.94 | 2.47 | 0.99 | 3.38 | 0.43 | 2.72 | 32.42 |
| 1980 | 2.52 | 0.84 | 1.24 | 2.23 | 3.01 | 1.25 | 0.71 | T | 6.54 | 1.08 | 1.23 | 1.43 | 22.08 |
| 1981 | 0.58 | 1.44 | 3.39 | 2.69 | 6.24 | 7.85 | 1.81 | 2.32 | 2.4 | 14.18 | 1.53 | 0.17 | 44.6 |
| 1982 | 2.33 | 1.89 | 1.71 | 2.71 | 13.66 | 4.28 | 2.73 | 0.52 | 0.58 | 3.36 | 4.22 | 2.76 | 40.75 |
| 1983 | 2.55 | 1.25 | 4.36 | 0.59 | 5.83 | 2.07 | 0 | 0.75 | 3.28 | 3.36 | 4.22 | 2.81 | 31.07 |
| 1984 | 1.07 | 3.11 | 4.92 | 1.41 | 3.04 | 2.79 | 1.56 | 5.55 | 3.35 | 4.04 | 2.22 | 0.83 | 33.89 |
| 1985 | 0.81 | 2.62 | 3.7 | 3.75 | 2.13 | 3.78 | 2.4 | 0.53 | 3.35 | 3.91 | 3.11 | 0.61 | 30.7 |
| 1986 | T | 2.49 | 1.08 | 5.3 | 5.52 | 3.92 | 0.41 | 1.63 | 4.6 | 1.81 | 3.25 | 2.44 | 32.45 |
| 1987 | 1.22 | 3.67 | 1.7 | 0.11 | 5.95 | 3.45 | 1.77 | 0.81 | 1.38 | 0.12 | 4.17 | 2.9 | 27.25 |
| 1988 | 0.88 | 1.23 | 2.03 | 2.21 | 2.11 | 3.23 | 2.47 | 0.44 | 4.64 | 1.24 | 2.28 | 2.48 | 25.04 |
| 1989 | 2.56 | 3.7 | 3.72 | 1.86 | 9.62 | 8.75 | 2.61 | 1.89 | 2.4 | 2.02 | 0.49 | 0.33 | 39.95 |
| 1990 | 4.54 | 4.72 | 5.89 | 6.9 | 7.16 | 1.89 | 2.6 | 2.37 | 1.12 | 2.81 | 3.81 | 1.46 | 45.27 |
| 1991 | 2.72 | 2.6 | 1.35 | 3.63 | 6.97 | 4.26 | 3.99 | 4.3 | 9.61 | 4.32 | 1.04 | 8.75 | 53.54 |
| 1992 | 3.25 | 2.4 | 3.24 | 2.46 | 6.93 | 5.23 | 2.48 | 2.08 | 3.25 | 3.05 | 3.56 | 4.26 | 42.19 |
| 1993 | 1.74 | 5.78 | 3.03 | 3.49 | 1.75 | 3.75 | 0 | 0.75 | 3.28 | 5.1 | 1.62 | 2.54 | 32.83 |
| 1994 | 1.43 | 2.01 | 1.69 | 3.62 | 5.8 | 2.05 | 4.58 | 4.89 | 1.39 | 8.19 | 6.03 | 2.42 | 44.1 |
| 1995 | 2.11 | 0.44 | 6.69 | 6.83 | 7.5 | 2.41 | 3.45 | 0.86 | 1.54 | 0.75 | 0.74 | 2.07 | 35.39 |
| 1996 | 0.97 | 0.35 | 2.36 | 2.14 | 0.95 | 3.42 | 3.85 | 5.02 | 1.51 | 6.56 | 5.54 | 0.47 | 33.14 |
| 1997 | 0.33 | 7.4 | 2.21 | 6.73 | 3.92 | 3.99 | 1.68 | 3.13 | 2.01 | 5.66 | 1.01 | 6.93 | 45 |
| 1998 | 5.07 | 3.22 | 4.45 | 1.25 | 2.38 | 1.75 | 0.11 | 0.35 | 0.68 | 5.64 | 4.91 | 4.43 | 34.24 |
| 1999 | 1.44 | 0.48 | 2.84 | 2.74 | 6.91 | 0.99 | 0.77 | T | 2.3 | 2.26 | 0.31 | 2.55 | 23.59 |
| 2000 | 1.59 | 3.2 | 2.91 | 4.28 | 3.17 | 5.93 | T | 0 | 0.17 | 4.38 | 6.95 | 3.57 | 36.26 |
| 2001 | 2.44 | 6.17 | 5.27 | 0.89 | 5.58 | 1.28 | 3.85 | 2.72 | 3.72 | 1.87 | 1.11 | 3.24 | 38.14 |
| 2002 | 4.9 | 0.94 | 7.39 | 5.68 | 5.4 | 3.1 | 3.07 | 1.47 | 3.72 | 1.87 | 1.11 | 3.24 | 44.42 |
| 2003 | 0.22 | 3.07 | 0.85 | 1.9 | 2.53 | 5.17 | 0.08 | 1.85 | 3.99 | 0.78 | 3.15 | 0.96 | 24.42 |
| 2004 | 3.04 | 3.84 | 1.71 | 2.96 | 4.73 | 10.49 | 4.16 | 4.24 | 1.02 | 5.72 | 5.01 | 0.65 | 24.55 |
| 2005 | 4.33 | 1.62 | 2.17 | 0.56 | 3.35 | 1.14 | 0.74 | 2.46 | 1.36 | 0.89 | 0.02 | 0.33 | 47.57 |
| 2006 | 2.25 | 3.85 | 4.4 | 1.86 | 1.9 | 0.34 | 1.78 | 0.52 | 2.6 | 4.34 | 2.58 | 3.33 | 18.97 |
| 2007 | 5.58 | 0.43 | 3.81 | 2.82 | 8.34 | 11.1 | 5.54 | 0.81 | 0.84 | 3.53 | 1.22 | 2.34 | 29.75 |
| 2008 | 0.27 | 2.3 | 6.07 | 3.85 | 2.21 | 0.84 | 0.81 | 2.82 | 0.84 | 2.29 | 4.53 | 0.27 | 50.05 |
| 2009 | 0.82 | 0.72 | 5.56 | 3.54 | 4.36 | 3.98 | 2.09 | 1.64 | 6.52 | 8.05 | 1.76 | 1.85 | 27.1 |
| 2010 | 2.76 | 2.83 | 3.57 | 2.03 | 1.09 | 2.08 | 3.13 | 0.41 | 9.09 | 1.16 | 1.5 | 2.05 | 40.89 |
| 2011 | 1.6 | 0.92 | 0.07 | 2.46 | 7.95 | 2.84 | 0.09 | 0.96 | 0.66 | 3.12 | 0.86 | 4.35 | 31.7 |
| 2012 | 6.18 | 1.88 | 5.74 | 4.24 | 1.66 | 2.82 | 0.78 | 3.19 | 1.75 | 1.02 | 0.05 | 1.95 | 25.88 |
| 2013 | 4.06 | 1.68 | 2.27 | 1.98 | 3.17 | 2.14 | 2.05 | 1.32 | 2.72 | 3.13 | 2.12 | 2.76 | 31.26 |
| 2014 | 0.33 | 0.41 | 1.45 | 1.74 | 3.4 | 3.26 | 0.98 | 4.34 | 0.06 | 2.09 | 2.13 | 1.13 | 29.4 |
| 2015 | 3.62 | 2.96 | 2.53 | 5.56 | 19.96 | 3.95 | 0.92 | 0.46 | 2.14 | 9.82 | 9.86 | 3.83 | 62.61 |

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|--------|
| 2016 | 1.04 | 2.20 | 2.67 | 4.60 | 6.25 | 3.60 | 3.89 | 4.42 | 0.98 | 2.01 | 3.22 | 0.60 | 35.48 |

Copyright © 2008-2018. iWeatherNet, LLC. All Rights Reserved

iWeatherNet is a NOAA WRN Ambassador

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2018, I filed the foregoing document with the clerk for the United States District Court for the Northern District of Texas and hand delivered a copy to the Honorable  Mr. Shawn Smith, Assistant United States Attorney, 801 Cherry Street, Suite 1700, Fort Worth, Texas  76102.


_DANNY D. BURNS_