U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 17 2018

CLERK, U.S. DISTRICT COURT
By_____
        Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:17-CR-158-A |
| | § | |
| CARLEY JEAN BENNINGFIELD, ET AL. | § | |

ORDER

On the date of the signing of this order, the court received and considered the motion of defendant ANGEL RENEE NORRIS ("Norris") for new counsel. The court has concluded that there should be a hearing on the motion.

Therefore,

The court ORDERS that there be a hearing on such motion at 10:00 a.m. on May 22, 2018, in the Fourth Floor Courtroom of the United States Courthouse, Fort Worth, Texas, at which time, date, and place Norris and her attorney, and the attorney for the government responsible for this case, are to be present.

SIGNED May 17, 2018.

_____
JOHN McBRYDE
United States District Judge