Case 4:17-cr-00158-A   Document 177   Filed 05/18/18   Page 1 of 3   PageID 828

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 18 2018

CLERK, U.S. DISTRICT COURT
By_____
         Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § NO. 4:17-CR-158-A |
| | § |
| CARLEY JEAN BENNINGFIELD, ET AL. | § |

ORDER

Attached to this order as an exhibit is a copy of a letter the undersigned received in Chambers on the date of the signing of this order, from defendant **ANGEL RENEE NORRIS** ("Norris"), one of the defendants in the above-captioned case. As this letter pertains to Norris's dissatisfaction with her counsel and such matter is set for hearing at 10:00 a.m. on May 22, 2018, in the Fourth Floor Courtroom of the United States Courthouse, Fort Worth, Texas, the court is taking no action in response to such letter other than to advise counsel of such communication through the issuance of this order.

The clerk of court is directed to send a copy of this order to Norris.

THE COURT SO ORDERS.

SIGNED May 18, 2018.

/s/ JOHN McBRYDE
United States District Judge

Case 4:17-cr-00158-A   Document 177   Filed 05/18/18   Page 2 of 3   PageID 829

RECEIVED
MAY 18 2018
2:05 pm
CHAMBERS U.S. DISTRICT
JUDGE JOHN MCBRYDE

Honorable Judge McBryde                    5-15-18

I am writing because I am unaware of what's going on in regards to my status of appointed counsel etc. I signed whatever necessary forms were needed to release Mr. Burns from being my attorney as he has pretty much failed in doing so himself the entire time he was assigned to my case but now there has been an addendum done to my PSI and objections that I feel need to be filed in regards to such. Therefore I need to know who my attorney is... what's going on with my court date... how long I have to file said objections. Also if there is anything that can be done about previous objections that I wanted filed etc. that my counsel Mr. Burns refused to address. All I'm asking your honor is for an attorney who is willing to do his job. Danny Burns logs his visits w/ me but he shows up here with absolutely

no paperwork, no information, no updates, no nothing. He literally comes up here and says nothing, just that I should be happy w/ the status of things and refuses to put an effort into anything. The jail keeps a log of attorney visits and the property they bring in. The only time he ever does anything is after I write you and you send my letters to him, then he'll file an objection but not the one I request, then he'll file a downward departure but do the bare minimum of work on it. It's just exhausting your honor and I'm sorry that I have to bother you with it all. It's not right and I'm sure you have other things you could be doing w/ your time. So sincerely I truly apologize but please help me get fair representation asap.

Respectfully,
Angel Norris