

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 22 2018

CLERK, U.S. DISTRICT COURT
By_____
        Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

## MINUTE ORDER -COURTROOM HEARING

JUDGE : McBryde
LAW CLERK: Kate Hancock
COURT REPORTER: Debbie Saenz
CSO: Ray Urban

---

Case No.: 4:17-CR-158-A
United States v. Benningfield, et al

Date Held: May 22, 2018        Time: 10:04 - 10:28 a.m. (14 minutes)

---

Defendant: Angel Renee Norris

Counsel for defendant: Danny Burns

Counsel for government: Shawn Smith

===

Hearing on motion to for new counsel.

Defendant Norris, her counsel, and counsel for government present.

Discussed reasons defendant wants new counsel appointed.

Motion to withdraw and appoint new counsel denied. Burns will continue to represent Norris.

Hearing concluded. Norris remanded into custody.

Order to follow.