IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:17-CR-158-A |
| | § | |
| CARLEY JEAN BENNINGFIELD, ET AL. | § | |

ORDER

For the reasons stated on the record during a hearing with defendant ANGEL RENEE NORRIS ("Norris"), her attorney, and counsel for the government present,

The court ORDERS that Norris's motion for new counsel be, and is hereby, denied.

SIGNED May 22, 2018.

JOHN McBRYDE
United States District Judge