

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:17-CR-158-A |
| | § | |
| CARLEY JEAN BENNINGFIELD, ET AL. | § | |

O R D E R

After having reviewed the presentence report pertaining to defendant ANGEL RENEE NORRIS ("Norris"), Norris's objections thereto, and the other sentencing items, the court tentatively has concluded that, except to the extent accepted by the probation officer, all objections made by Norris to the presentence report are without merit. The court is advising the parties of such tentative conclusion so that it can be taken into account by the parties in determining what presentations to make at the sentencing hearing.

THE COURT SO ORDERS.

SIGNED June 12, 2018.

_____
JOHN McBRYDE
United States District Judge