**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**Fort Worth DIVISION**

| | |
|---|---|
| HONORABLE John McBryde, PRESIDING | COURT REPORTER: Debbie Saenz |
| DEPUTY CLERK: F. Arnold | USPO: |
| LAW CLERK: | INTERPRETER: |

CR. No. 4:17-CR-158-A   DEFT NO. 05

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SHAWN SMITH, AUSA |
| | § | |
| v. | § | |
| | § | |
| ANGEL RENEE NORRIS | § | DANNY D. BURNS, APPOINTED |
| Defendant's Name | | Counsel for Deft. Appt-(A), Retd-(R), FPD-(F) |

## SENTENCING

Date Held: June 15, 2018
Hearing Type:   ☐ Sentencing Hearing - Contested   ✔ Sentencing Hearing - Non-Evidentiary
Time in Court: 38 mins.
Trial Status:   ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
  ☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
  ☐ Mistrial  ✔ Settled/Guilty Plea  ☐ None
Days in Trial: _____
Hearing Concluded: ✔ Yes  ☐ No

✔ .. Sentencing held. ✔ Objections to PSI heard. ☐ Plea agreement accepted. ☐ Plea agreement NOT accepted.

**SENTENCING TEXT:**
☐ .. Deft. placed on: Probation for _____ months.
✔ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of 188 months.
✔ .. Deft. placed on: Supervised Released for 4 years.
☐ .. Restitution ordered in the amount of $_____ and/or ☐ Fine imposed in the amount of $_____.
✔ .. Count 1 of Information, filed September 20, 2017, dismissed on government's motion.
☐ .. Order dismissing original Indictment/Information to be entered upon government's written motion.
✔ .. $100.00 special assessment on Count 1 of the Superseding Information.

☐ ...... Deft ordered to surrender to U.S. Marshal on _____
☐ ...... Deft ordered to surrender to the designated institution on _____
☐ ...... Deft failed to appear, bench warrant to issue.
☐ ...... Bond ☐ continued ☐ revoked.
✔ ...... Deft Advised of right to appeal.
☐ ...... Deft requests Clerk to enter notice of Appeal.
✔ ...... Deft Custody/Detention continued.
☐ ...... Deft ORDERED into custody. ☐ Court recommends incarceration at _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JUN 1 5 2018
CLERK, U.S. DISTRICT COURT
By_____ Deputy

✔ OTHER PROCEEDINGS/INFORMATION: **Court Recommends to the Bureau of Prisons that defendant be allowed to participate in the Residential Drug Abuse Treatment Program.**