**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CRIMINAL NO. **4:17-CR-158-A** |
| | * | |
| ANGEL RENEE NORRIS (05) | * | |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE JOHN McBRYDE;**

**UNITED STATES DISTRICT JUDGE:**

COMES NOW, ANGEL RENEE NORRIS, by and through her attorney of record and pursuant to Rule 4 of the Federal Rules of Appellate Procedure files this her notice of appeal to the Fifth Circuit Court of Appeals in New Orleans, Louisiana from the judgment and sentence entered by the court on June 15, 2018 in the above referenced cause.

Dated: June 25, 2018.

*/s/ Danny D. Burns*
**DANNY D. BURNS**, Attorney for Appellant
115 North Henderson Street
Fort Worth, Texas  76102-1940
817-870-1544  FAX 817-870-1589
State Bar No. 03443800
MEMBER OF THE FIFTH CIRCUIT BAR
dburnslaw@sbcglobal.net

## CERTIFICATE OF SERVICE

I certify that I delivered a copy of this Notice of Appeal by hand delivery to the Honorable Shawn Smith, Assistant United States Attorney, 801 Cherry Street, 2100 Burnett Plaza, Fort Worth, Texas 76102, on this 25th day of June, 2018.

DANNY D. BURNS